**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.    12-27546 |
| Angel R. Lampkin-Kwabena aka Angel R Lampkin and aka Angel R Kwabena | Judge    Pamela S. Hollis |
| Debtors | |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on 10/27/2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on 10/27/2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: CMSB.0034

**SERVICE LIST**

Angel R. Lampkin-Kwabena aka Angel R Lampkin and aka Angel R Kwabena
2142 Pembridge Lane
Joliet, IL 60431

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Lincoln M. King
Ruddy, King & Petersen Law Group, LLC
2631 Ginger Woods Parkway, Suite 101
Aurora, IL 60502